# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BENITA ARCHARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 08-0746-CG-N |
| JOHN E. POTTER, Postmaster General, United States Postal Service, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order entered this date granting defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED with prejudice**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 12th day of May, 2010.

                                      /s/ Callie V. S. Granade
                                  UNITED STATES DISTRICT JUDGE